# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting (last name, first, middle initial)** <br><br> Mayer, Robert G. | **2. Court or Organization** <br><br> United States Bankruptcy Court, Eastern District of Virginia | **3. Date of Report** <br><br> 04/02/2013 |
| **4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)** <br><br> U.S. Bankruptcy Judge | **5a. Report Type (check appropriate type)** <br> ☐ Nomination    Date <br> ☐ Initial   ☑ Annual   ☐ Final <br><br> **5b.** ☐ Amended Report | **6. Reporting Period** <br><br> 01/01/2012 <br> to <br> 12/31/2012 |

**7. Chambers or Office Address**

200 S. Washington Street
Alexandria, Virginia 22314

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member of Executive Committee | Walter Chandler American Inn of Court |
| 2. | Manager | Short, LLC |
| 3. | Manager | Belt Realty LLC |
| 4. | Manager | Denham Green Lane LLC |
| 5. | Manager | Cottonwood Tree Company LLC |
| 6. | Manager | Mayer's Restorations Ltd |
| 7. | Co-Trustee | Trust B |
| 8. | Executor | Estate A |
| 9. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mayer, Robert G. | 04/02/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | United Airlines -- salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mayer, Robert G. | 04/02/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | JP Morgan Chase | credit cards | K |
| 2. | CitiBank | credit card | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mayer, Robert G. | 04/02/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  BB&T Accounts | A | Interest | J | T | | | | | |
| 2.  WellPoint, Inc., common stock | A | Dividend | J | T | | | | | |
| 3.  IRA-SEP Account (Items 4 - 10) | C | Int./Div. | M | T | | | | | |
| 4.  -- American Balanced Fund Class F1 | | | | | | | | | |
| 5.  -- Blackrock Equity Dividend Fund CL Instl | | | | | | | | | |
| 6.  -- Calamos Growth & Income Fund CL I | | | | | | | | | |
| 7.  -- Columbia Marsico 21st Century Fund CL Z | | | | | | | | | |
| 8.  -- Ivy Asset Strategy Fund Class I | | | | | | | | | |
| 9.  -- Mutual Global Discovery FD CL Z | | | | | | | | | |
| 10. -- Dreyfuss Liquid Assets CL 2 | | | | | | | | | |
| 11. BB&T (IRA) | A | Interest | J | T | | | | | |
| 12. Short LLC membership interest (Items 13-14) | | | | | | | | | |
| 13. -- Rental property, Fairfax, VA (2012 assessment $449,200) | E | Rent | N | S | | | | | |
| 14. -- BB&T Account | | None | J | T | | | | | |
| 15. Alliant Federal Credit Union Accounts | C | Interest | N | T | | | | | |
| 16. Alliant Federal Credit Union -- IRA | A | Interest | | | Closed | 11/27/12 | J | | |
| 17. 401(k) Plan (Items 18-21) | C | Int./Div. | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mayer, Robert G. | 04/02/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -- United Continental Holdings, Inc. common | | | | | | | | | |
| 19. -- Loomis Value Y | | | | | | | | | |
| 20. -- Pimco Total Ret Bond | | | | | | | | | |
| 21. -- Vanguard Target 2015 PRT | | | | | | | | | |
| 22. Alliant FCU (IRA) | A | Interest | L | T | | | | | |
| 23. Burke & Herbert Bank Account | A | Interest | L | T | | | | | |
| 24. Brokerage Account A (Items 25-43) | | | | | | | | | |
| 25. -- American Funds Capital Income Builder CL C | A | Dividend | K | T | | | | | |
| 26. -- American Funds Capital Income Builder CL C | | | | | Buy (add'l) | 9/17/12 | J | | |
| 27. -- American Funds The Income Fund of America CL C | A | Dividend | K | T | | | | | |
| 28. -- American Funds The Income Fund of America CL C | | | | | Buy (add'l) | 9/17/12 | J | | |
| 29. --American Funds American Balanced Fund CL C | A | Dividend | K | T | | | | | |
| 30. --American Funds American Balanced Fund CL C | | | | | Buy (add'l) | 9/17/12 | J | | |
| 31. -- American Funds The Bond Fund of America CL C | A | Dividend | K | T | | | | | |
| 32. -- American Funds The Bond Fund of America C | | | | | Buy (add'l) | 9/17/12 | J | | |
| 33. -- American Funds Capital World Growth & Income Fund CL C | A | Dividend | K | T | | | | | |
| 34. -- American Funds Capital World Growth & Income Fund CL C | | | | | Buy (add'l) | 9/17/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mayer, Robert G. | 04/02/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --American Funds American Balanced Fund CL A | A | Dividend | J | T | Buy | 4/30/12 | J | | |
| 36. -- American Funds Bond Fund of America CL A | A | Dividend | J | T | Buy | 4/30/12 | J | | |
| 37. -- American Funds The Income Fund of America CL A | A | Dividend | J | T | Buy | 4/30/12 | J | | |
| 38. -- American Funds New Perspective Fund CL A | A | Dividend | J | T | Buy | 4/30/12 | J | | |
| 39. -- American Funds New Perspective Fund CL A | | | | | Buy (add'l) | 9/17/12 | J | | |
| 40. -- American Funds New World Fund CL A | A | Dividend | J | T | Buy | 4/30/12 | J | | |
| 41. -- American Funds New World Fund CL A | | | | | Buy (add'l) | 9/17/12 | J | | |
| 42. -- American Funds Washington Mutual Investors Fund CL A | A | Dividend | J | T | Buy | 4/30/12 | J | | |
| 43. -- American Funds Washington Mutual Investors Fund CL A | | | | | Buy (add'l) | 9/17/12 | J | | |
| 44. Brokerage Account B (Items 45-53) | | | | | | | | | |
| 45. -- AT&T common stock | B | Dividend | K | T | | | | | |
| 46. -- BP PLC common stock | A | Dividend | J | T | | | | | |
| 47. -- Chevron common stock | A | Dividend | J | T | | | | | |
| 48. -- Exxon Mobil Corp common stock | A | Dividend | K | T | | | | | |
| 49. -- IBM common stock | A | Dividend | K | T | | | | | |
| 50. -- McDonalds Corp common stock | A | Dividend | K | T | | | | | |
| 51. -- Verizon Communications common stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mayer, Robert G. | 04/02/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -- Tax Exempt Fund of Virginia CL A | A | Interest | J | T | | | | | |
| 53. -- Federated Capital Reserves | A | Interest | J | T | | | | | |
| 54. Belt Realty LLC membership interest (Items 55-57) | | | | | | | | | |
| 55. -- BB&T account | | None | J | T | | | | | |
| 56. -- Real Prop. A, Alexandria, VA (2012 assess. $558,540) | E | Rent | O | S | | | | | |
| 57. -- Real Prop. B, Alexandria, VA (2012 assess. $557,290) | E | Rent | O | S | | | | | |
| 58. Estate A (Item 59) | | | | | | | | | |
| 59. -- BB&T account | A | Interest | | | Closed | 12/10/12 | J | | |
| 60. Trust B (Items 61-62) | | | | | | | | | |
| 61. -- BB&T bank account | A | Interest | | | Closed | 12/4/12 | J | | |
| 62. -- Alliant Federal Credit Union Account | A | Interest | K | T | Open | 7/13/12 | J | | |
| 63. Cottonwood Tree Co LLC membership interest (Items 64-65) | | | | | | | | | |
| 64. -- Real Prop. Sedgwick Co., KS (2012 assess, $164,700) | D | Rent | M | S | | | | | |
| 65. -- BB&T bank account | | None | J | T | | | | | |
| 66. Denham Green Lane LLC membership interest (Items 67-68) | | | | | | | | | |
| 67. -- Real Prop. Worchester Co, MD (2012 Assess $468,000) | D | Rent | O | S | | | | | |
| 68. - -- BB&T bank account | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mayer, Robert G. | 04/02/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Mayer's Restorations Ltd membership interest (Item 70) | | | | | | | | | |
| 70. -- Real Prop Montgomery Co, OH (2012 assess. $68,340) | C | Rent | L | S | | | | | |
| 71. Dreyfus Municipal Bond Fund | A | Interest | K | T | | | | | |
| 72. IRA 2 (Items 73-90) | A | Dividend | M | T | | | | | |
| 73. -- CFT | | | | | Buy | 12/7/12 | J | | |
| 74. -- IYH | | | | | Buy | 12/7/12 | J | | |
| 75. -- IYR | | | | | Buy | 12/7/12 | J | | |
| 76. -- FBIOX | | | | | Buy | 12/7/12 | J | | |
| 77. -- FXI | | | | | Buy | 12/7/12 | J | | |
| 78. -- LQD | | | | | Buy | 12/7/12 | J | | |
| 79. -- HYG | | | | | Buy | 12/7/12 | J | | |
| 80. -- EWG | | | | | Buy | 12/7/12 | J | | |
| 81. -- UUP | | | | | Buy | 12/7/12 | J | | |
| 82. -- IWF | | | | | Buy | 12/7/12 | K | | |
| 83. -- IWD | | | | | Buy | 12/7/12 | J | | |
| 84. -- IWP | | | | | Buy | 12/7/12 | J | | |
| 85. -- OEF | | | | | Buy | 12/7/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Mayer, Robert G. | 04/02/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -- IXC | | | | | Buy | 12/7/12 | J | | |
| 87. -- XME | | | | | Buy | 12/7/12 | J | | |
| 88. -- PFF | | | | | Buy | 12/7/12 | J | | |
| 89. -- USMV | | | | | Buy | 12/7/12 | J | | |
| 90. -- VWO | | | | | Buy | 12/7/12 | J | | |
| 91. IRA 3 (Items 92-93) | A | Dividend | | | | | | | |
| 92. -- Fidelity Select Biotechnology Portfolio | | | | | Buy | 9/1/12 | J | | |
| 93. -- Fidelity Select Biotechnology Portfolio | | | | | Sold | 12/6/12 | J | A | |
| 94. United Technology | A | Dividend | J | T | Buy | 9/12/12 | J | | |
| 95. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mayer, Robert G. | 04/02/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I, Item 8 and Part VII, Items 58 and 59 :  Estate was fully administered and closed during 2012.

| Name of Person Reporting | Date of Report |
|---|---|
| Mayer, Robert G. | 04/02/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Robert G. Mayer**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544